UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NYRON JOEL NICHOLS, : <br> : <br> Petitioner, :     Civ. No. 22-5808 (RBK) <br> : <br> v. : <br> : <br> WARDEN STEVIE KNIGHT, :     **MEMORANDUM & ORDER** <br> : <br> Respondent. : | |

    Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Presently pending before this Court is Petitioner's letter request for an extension of time to file a reply in support of his habeas petition. (*See* ECF 10). Good cause being shown, Petitioner's request shall be granted.

    Accordingly, IT IS on this 10th day of February, 2023,

    ORDERED that Petitioner's request for an extension of time to file a reply brief in support of his habeas petition (ECF 10) is granted; and it is further

    ORDERED that Petitioner may file his reply brief in support of his habeas petition on or before March 20, 2023[1]; and it is further

    ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler <br>
ROBERT B. KUGLER <br>
United States District Judge

---

[1] Petitioner requested until March 19, 2023 to file his reply brief. (*See* ECF 10 at 1). However, given that March 19, 2023 is a Sunday, Petitioner shall have until Monday, March 20, 2023 to file his reply brief.